**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA**

**PENSACOLA DIVISION**

ATLANTIC MUTUAL INSURANCE
COMPANY, a New York corporation,

    Plaintiff,

v.                                        Case No. 3:05-cv-223/LAC

OVERSTREET ELECTRIC CO., INC.,
a Florida corporation,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court on Plaintiff's Emergency Motion To Require Deposit of Collateral Security (doc. 4), which also incorporates a request for an emergency hearing on the motion. The Court declines to set a hearing at this time as it is not evident that Defendants have been served with process.

Accordingly, the Court **ORDERS**:

1. The Court's ruling on Plaintiff's emergency motion and request for hearing is DEFERRED pending proof of service of the complaint and allowance of an additional TEN (10) DAYS after such service to afford Defendant an opportunity to respond to the motion.

2. Plaintiff shall notify the Court in the event Defendant fails to respond within this ten day period.

**ORDERED** on this 28th of June, 2005.

s/ *L.A. Collier*  
Lacey A. Collier  
Senior United States District Judge